FILED'06 SEP 08 16:22 USDC-ORP

WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MARY PELLOW**, | CV # 05-1365-HA |
| Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security**, | |
| Defendant. | |

Attorney fees in the amount of $3,800.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this 8 day of September, 2006.

_____
United States District Judge

Submitted on September 7, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1